**SWEET CANDY COMPANY v. FEDERAL TRADE COMMISSION.**

No. 1714.

Circuit Court of Appeals, Tenth Circuit.

May 27, 1940.

Dey, Hoppaugh, Mark & Johnson, of Salt Lake City, Utah, for petitioner.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition to review dismissed, at petitioner's costs, on motion of petitioner.

■

**Leon CARRADINE, Appellant, v. Carmen DE STEFANO, Master and Claimant of THE STEAMSHIP DORA, Appellee.**

No. 9470.

Circuit Court of Appeals, Fifth Circuit.

June 7, 1940.

Samuel J. Tennant, Jr., of New Orleans, La., for appellant.

Geo. H. Terriberry, Jos. M. Rault, and Benjamin W. Yancey, all of New Orleans, La., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The libel was in rem for damages and for maintenance and cure on account of injuries claimed to have been received to libelant's right hand. On findings that libelant had failed to prove that he received an injury, the District Judge dismissed the libel. 28 F.Supp. 659. Here, appellant, insisting that the findings are without support in the evidence, urges reversal.

We do not agree with appellant. The record fully supports the findings.

The judgment is affirmed.

Affirmed.

■

**Jack HENSLEY, Petitioner, v. Honorable THOMAS C. TRIMBLE, Jr., Judge, etc., et al.**

Circuit Court of Appeals, Eighth Circuit.

April 16, 1940.

Jack Hensley, pro se.

No appearance for respondents.

PER CURIAM.

Application to proceed in forma pauperis in matter of petition for mandamus against respondents, denied for lack of jurisdiction to grant relief sought.